1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE OBERING FINE ART LLC, | Case No. CV 24-4899 FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MILLIE BROWN, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 11th day of October, 2024.

/s/
Fernando M. Olguin
United States District Judge